Marc L. Godino (SBN 182689)
Email: mgodino@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90025
Telephone: 310.201.9150

Kelly M. Purcaro
(Admitted *Pro Hac Vice*)
kpurcaro@aystrauss.com
Kory Ann Ferro
(Admitted *Pro Hac Vice*)
kferro@aystrauss.com
A.Y. STRAUSS, LLC
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Telephone: 973.287.5008

Attorneys for Plaintiff/Counter-Defendant, MAXLITE, INC.

Aaron B. Fairchild, SBN 266205
aaron@morfairlaw.com
MORTEN & FAIRCHILD, PC
19200 Von Karman Ave, Suite 880
Irvine, CA 92612
Tel:   (949) 579-2760
Fax:  (949) 535-2025

David F. Jasinski, Esq.
(Admitted *Pro Hac Vice*)
djasinski@jplawfirm.com
Robert P. Manetta, Esq.
rmanetta@jplawfirm.com
*(Admitted Pro Hac Vice)*
JASINSKI, P.C.
2 Hance Avenue, 3rd floor
Tinton Falls, NJ 07224
Tel: (973) 824-9700

Attorneys for Defendant
ATG Electronics, Inc.

Neal C. Swensen, SBN 108691
nswensen@yahoo.com
Law Office of Neal C. Swensen
5611 Burlingame Avenue
Buena Park, CA 90621
Tel: 714.736.0341

Attorneys for Defendant David Wyatt

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXLITE, INC., a New Jersey Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ATG ELECTRONICS, INC. and DAVID WYATT, <br><br> Defendants. | Case No. 8:20-cv-01056-MCS-ADS <br><br> **NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES AND TRIAL DATE** <br><br> [PROPOSED ORDER FILED CONCURRENTLY HEREWITH] <br><br> Judge: Hon. Mark C. Scarsi, U.S.D.J. <br><br> Final Pretrial Conference: April 25, 2022 <br><br> Jury Trial: September 13, 2022 |

DAVID WYATT,

        Counter-Claimant,

    vs.

MAXLITE, INC., a New Jersey Corporation,

        Counter-Defendant.

ATG ELECTRONICS, INC.

        Counter-Claimant,

    vs.

MAXLITE, INC., a New Jersey Corporation,

        Counter-Defendant.

2

PLEASE TAKE NOTICE that the parties have reached a settlement-in-principle in the above-captioned case. The parties are currently preparing written settlement agreements. Shortly thereafter, the parties will be filing a request for dismissal.

Accordingly, in light of the parties' pending settlement, the parties hereby request, through their respective counsel of record, that the Court stay all future deadlines in this action as well as the current trial date. The purpose of the stay is to allow the parties to finalize drafting the settlement agreement and obtain necessary signatures.

Dated:  August 10, 2022                    A.Y. STRAUSS LLC


By:  _/s/Kory Ann Ferro _____
     Kory Ann Ferro
     Kelly Purcaro
     Attorneys for Plaintiff/Counter-Defendant
     MAXLITE, INC.


Dated: August 10, 2022                     LAW OFFICE OF NEAL C. SWENSEN


By:  _/s/Neal C. Swensen _____
     Neal C. Swensen
     Attorneys for Defendant/Counter-
     Claimant DAVID WYATT


Dated: August 10, 2022                     JASINSKI, P.C.


By:  _/s/David F. Jasinski_____
     David F. Jasinski
     Robert P. Manetta
     Attorneys for Defendant
     ATG ELECTRONICS, INC.

**NOTICE OF SETTLEMENT**

1

## **ATTESTATION**

2

I, Kory Ann Ferro, am the ECF user whose identification and password are

3

being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby

4

attest that all other signatories listed, and on whose behalf the filing is submitted,

5

concur in the filing's content and have authorized the filing.

6

7

Dated: August 10, 2022                    */s/Kory Ann Ferro*_____

8                                                            Kory Ann Ferro

9

10

## **CERTIFICATE OF SERVICE**

11

The undersigned hereby certifies that on August 10, 2022, I caused the

12

foregoing to be filed with the Clerk via the Court's CM/ECF system per Local Rule

13

L.R. 5-3.2.1, which automatically generates a Notice of Electronic Filing sent by e-

14

mail to all attorneys who have appeared in the case in this Court.

15

16                                                            */s/Kory Ann Ferro*_____

17                                                            Kory Ann Ferro

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT**