Marc L. Godino (SBN 182689)
Email: mgodino@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90025
Telephone: 310.201.9150

Kelly M. Purcaro (Admitted *Pro Hac Vice*)
kpurcaro@aystrauss.com
Kory Ann Ferro (Admitted *Pro Hac Vice*)
kferro@aystrauss.com
A.Y. STRAUSS, LLC
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Telephone: 973.287.5008

Attorneys for Plaintiff/Counter-Defendant, MAXLITE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXLITE, INC., a New Jersey Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ATG ELECTRONICS, INC. and DAVID WYATT,<br><br>　　　　Defendants.<br><br>DAVID WYATT,<br><br>　　　　Counter-Claimant,<br><br>　　vs.<br><br>MAXLITE, INC., a New Jersey Corporation,<br><br>　　　　Counter-defendant. | Case No. 8:20-cv-01056-MCS-ADS<br><br>**NOTICE OF *EX PARTE* APPLICATION TO EXTEND SETTLEMENT PERIOD**<br><br>Complaint filed: June 11, 2020<br>Counterclaims filed: August 18, 2020 and June 3, 2021 |

1

NOTICE OF *EX PARTE* APPLICATION TO EXTEND SETTLEMENT PERIOD

ATG ELECTRONICS, INC.

        Counter-Claimant,

vs.

MAXLITE, INC., a New Jersey Corporation,

        Counter-defendant.

NOTICE OF *EX PARTE* APPLICATION TO EXTEND SETTLEMENT PERIOD

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant MaxLite, Inc. ("MaxLite"), by and through its attorneys, A.Y. Strauss, LLC and Glancy Prongay & Murray LLP, hereby apply to this Court, pursuant to Central District of California Local Rule 7-19 and this Court's August 11, 2022 Civil Minutes Order Dismissing Action (Doc. No. 192) before the Honorable Mark C. Scarsi, United States District Court for the Central District of California, at the United States Courthouse, 350 W 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, on September 22, 2022 at 9:00 a.m. PST, or as soon thereafter as the matter may be heard, for an Order extending the time for the Parties to either finalize the terms of their settlement or reinstate the underlying case.

This Application is made with the consent of Defendant/Counter-Claimant ATG Electronics, Inc. ("ATG"). Defendant David Wyatt has not responded as to whether he consents or objects to this Application, but was notified of MaxLite's intent to file same and informed of the timeline for any opposition to be filed being 24 hours from the time of MaxLite's filing.

In support of this Application, MaxLite relies upon the accompanying Memorandum and Declaration of Kory Ann Ferro, which are being filed contemporaneously with this Notice and includes a detailed statement regarding the good cause that exists for the requested extension.

Dated: September 21, 2022                               A.Y. STRAUSS, LLC


By: _____
Kory Ann Ferro
Appearing *Pro Hac Vice*
Attorneys for Plaintiff/Counter-Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 21, 2022, I caused the foregoing to be filed with the Clerk via the Court's CM/ECF system per Local Rule L.R. 5-3.2.1, which automatically generates a Notice of Electronic Filing sent by e-mail to all attorneys who have appeared in the case in this Court. Additionally, the undersigned caused same to be served via email to chamber's email; counsel for ATG Electronics, Inc. at djasinski@jplawfirm.com; and counsel for David Wyatt at nswensen@yahoo.com.

Kory Ann Ferro